ANDRÉ BIROTTE
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
GARY PLESSMAN
Assistant United States Attorney
Chief, Civil Fraud Section
HOWARD DANIELS (CA Bar NO. 81764)
Assistant United States Attorney
    Federal Building, Room 7516
    300 North Los Angeles Street
    Los Angeles, CA 90012
    Telephone: (213) 894-4024
    Facsimile: (213) 894-5139
    E-mail: Howard.Daniels@usdoj.gov
TOM LEDERMAN
Attorney
    Civil Division
    United States Department of Justice
    Ben Franklin Station
    P.O. Box 261
    601 D Street
    Washington, DC 20530

Attorneys for United States of America

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| [UNDER SEAL],<br><br>　　　　Plaintiff(s),<br><br>vs.<br><br>[UNDER SEAL],<br><br>　　　　Defendant(s). | CASE NO. CV04-8763 JHN (JTLx)<br><br>[PROPOSED] ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE<br><br>[Lodged Under Seal Pursuant to the False Claims Act, 31 U.S.C. §3730(b)(2) and (3)] |

Filed Concurrently Under Seal: Stipulation for Dismissal of Action with Prejudice

ANDRÉ BIROTTE
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
GARY PLESSMAN
Assistant United States Attorney
Chief, Civil Fraud Section
HOWARD DANIELS (CA Bar NO. 81764)
Assistant United States Attorney
    Federal Building, Room 7516
    300 North Los Angeles Street
    Los Angeles, CA 90012
    Telephone: (213) 894-4024
    Facsimile: (213) 894-5139
    E-mail: Howard.Daniels@usdoj.gov
TOM LEDERMAN
Attorney
    Civil Division
    United States Department of Justice
    Ben Franklin Station
    P.O. Box 261
    601 D Street
    Washington, DC 20530

Attorneys for United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| [UNDER SEAL], | CASE NO. CV04-8763 JHN (JTLx) |
| Plaintiff(s), | [PROPOSED] ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE |
| vs. | |
| [UNDER SEAL], | [Lodged Under Seal Pursuant to the False Claims Act, 31 U.S.C. §3730(b)(2) and (3)] |
| Defendant(s). | |

Filed Concurrently Under Seal: Stipulation for Dismissal of Action with Prejudice

```
 1  ANDRÉ BIROTTE
    United States Attorney
 2  LEON W. WEIDMAN
    Assistant United States Attorney
 3  Chief, Civil Division
    GARY PLESSMAN
 4  Assistant United States Attorney
    Chief, Civil Fraud Section
 5  HOWARD DANIELS (CA Bar NO. 81764)
    Assistant United States Attorney
 6       Federal Building, Room 7516
         300 North Los Angeles Street
 7       Los Angeles, CA 90012
         Telephone: (213) 894-4024
 8       Facsimile: (213) 894-5139
         E-mail: Howard.Daniels@usdoj.gov
 9  TOM LEDERMAN
    Attorney
10       Civil Division
         United States Department of Justice
11       Ben Franklin Station
         P.O. Box 261
12       601 D Street
         Washington, DC 20530
13
14  Attorneys for United States of America
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. MAURO VOSILLA and STEVEN ROSSOW,<br><br>             Plaintiff(s),<br><br>vs.<br><br>AVAYA, INC.; AVAYA FINANCIAL SERVICES; LUCENT TECHNOLOGIES, INC.; and AT&T CORPORATION,<br><br>             Defendant(s). | CASE NO. CV04-8763 JHN (JTLx)<br><br>[~~PROPOSED~~] ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE<br><br>[Lodged Under Seal Pursuant to the False Claims Act, 31 U.S.C. §3730(b)(2) and (3)] |

Filed Concurrently Under Seal: Stipulation for Dismissal of Action with Prejudice

1. The Complaint for Violation of Federal False Claims Act ("Complaint") against defendant Avaya Inc. ("Avaya") and CIT Group Inc. And CIT Communications Finance Corporation (erroneously named as defendant Avaya Financial Services) ("CIT") is dismissed with prejudice as to the United States, the States, and Relators. The preclusive effect of this dismissal as to the United States will be determined by the release contained in Paragraph 2 of the settlement agreement entered into by the United States, Relators, and Avaya ("Avaya Settlement Agreement") and by the release contained in Paragraph 28 of the settlement agreement entered into by the United States, Relators, and CIT ("CIT Settlement Agreement") (collectively, "Agreements"). The preclusive effect of this dismissal as to the States will be determined by the release contained in Paragraph 3 of the Avaya Settlement Agreement and by the release contained in Paragraph 30 of the CIT Settlement Agreement. The preclusive effect of this dismissal as to Relators will be determined by the release contained in Paragraph 4 of the Avaya Settlement Agreement and by the release contained in Paragraph 35 of the CIT Settlement Agreement. The United States, through its undersigned counsel of record, as well as the States, consent to the foregoing dismissal

2. The Court retains jurisdiction to enforce the Agreements and any order it enters in the Allocation Application Proceedings described in Paragraph 26 of the CIT Agreement and Paragraph 1(e) of the Avaya Agreement.

3. The First Amended Complaint, the Stipulation, and

1 | this Order for Dismissal of Action shall be unsealed;
2 |     4.   The United States shall serve the Stipulation and
3 | this Order for Dismissal of Action on Avaya and CIT; and
4 |     5.   All other previously filed or lodged contents of the
5 | Court's file in this case shall remain under seal and not be
6 | made public or served upon Avaya or CIT.

IT IS SO ORDERED this 10th day of February, 2011.

_____
UNITED STATES DISTRICT JUDGE

Respectfully presented by:

ANDRÉ BIROTTE
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
GARY PLESSMAN
Assistant United States Attorney
Chief, Civil Fraud Section

_____
HOWARD DANIELS
Assistant United States Attorney

Attorneys for
United States of America

4